DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRINCE G. ROBERTS,**
Petitioner,

v.

**STATE OF FLORIDA,**
Respondent,

No. 4D19-2439

[January 16, 2020]

Petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472007CF000259A.

Prince G. Roberts, Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for respondent.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***